```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                          :
WELLS FARGO BANK, NATIONAL ASSOCIATION,                   :
AS TRUSTEE FOR THE BENEFIT OF THE                         :
REGISTERED HOLDERS OF UBS COMMERCIAL                      :
MORTGAGE TRUST 2018-C11, COMMERCIAL                       :     22-cv-4351 (LJL)
MORTGAGE PASS-THROUGH CERTIFICATES,                       :
SERIES 2018-C11,                                          :         ORDER
                                                          :
                        Plaintiff,                        :
                                                          :
        -v-                                               :
                                                          :
SHULEM GREEN, STEVE DEUTSCH,                              :
                                                          :
                        Defendants.                       :
                                                          :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Court held an initial pretrial conference in this matter yesterday, August 24, 2022. At the conference, the parties informed the Court that they have reached a settlement in principle and requested that the action be stayed to give the parties an opportunity to finalize the settlement. As discussed at the conference, the Court will stay the case until December 30, 2022.

      It is hereby ORDERED that this case be STAYED until December 30, 2022. It is further ORDERED that, if the parties have not voluntarily dismissed the case before January 5, 2023, the parties shall submit a status report by that date.

      SO ORDERED.

Dated: August 25, 2022
       New York, New York

                                                   LEWIS J. LIMAN
                                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2022